The appeal was declared abandoned, appellant having allowed more than one year to elapse without prosecuting the same.  *Mr. Fajardo*, for appellant.

No. 4.  Barreras *v.* District Court of San Juan.—Application for writ of *Mandamus*.  Decided May 19, 1903.  Application denied.  *Mr. Tizol*, for plaintiff.

No. 18.  Ex parte Báez.—Appeal from the District Court of Mayagüez.  Decided May 29, 1903.  The appeal was dismissed, because nothing appeared in the record whereby a determination could be arrived at as to whether or not an error had been committed by the lower court.  *Mr. Fajardo*, for appellant.  *Mr. del Toro*,. (Fiscal), for the People.

No. 1.  Müllenhoff & Körber *v.* Campillo Et Al.—Application for a writ of *Mandamus*.  Decided June 1, 1903.  Withdrawn at the request of the party plaintiff.  *Mr. Texidor*, for plaintiff.

No. 11.  Ex parte Bernardini.—Application for a writ of *habeas corpus*.  Decided June 1, 1903.  Writ denied.  *Mr. Falcón*, for petitioner.  *Mr. del Toro*, (Fiscal), for the People.